**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

June 23, 2015

Hon. Jack Pulcher
105th District Court (Kleberg Co.)
P.O. Box 312
Kingsville, TX 78364
* DELIVERED VIA E-MAIL *

Re:       Cause No. 13-14-00237-CR
Tr.Ct.No. 12-CRF-0137
Style:    The State of Texas v. Isaac Sastaita


Enclosed please find a copy of an order issued by this Court on this date.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch
Enc.
cc:    Hon. John T. Hubert (DELIVERED VIA E-MAIL)
       Hon. Jaime E. Carrillo (DELIVERED VIA E-MAIL)
       Hon. Jennifer Whittington (DELIVERED VIA E-MAIL)
       Ms. Kimberly Grigg (DELIVERED VIA E-MAIL)
       Hon. Vincent Gonzalez (DELIVERED VIA E-MAIL)